**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

NADIA MOFFETT,

    Plaintiff,                                  CASE NO.: 9:24-cv-80144-DMM

v.

EQUIFAX INFORMATION, SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and ONEMAIN
FINANCIAL,,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Benjamin W. Raslavich, Esq. with the law firm of Kuhn Raslavich, P.A., gives notice of their Notice of Appearance as Counsel on behalf of Plaintiff, NADIA MOFFETT, in the above-styled case. Counsel requests that all future correspondence, pleadings, and papers in connection with this action be served upon the undersigned through the Court's electronic filing system, CM/ECF.

                                                      Respectfully submitted by:

                                                      /s/ *Benjamin W. Raslavich*
                                                    **BENJAMIN W. RASLAVICH, ESQ.**
                                                    Florida Bar No.: 0102808
                                                    **KUHN RASLAVICH, P.A.**
                                                    2124 W. Kennedy Blvd., Suite B
                                                    Tampa, Florida 33606
                                                    Telephone: (813) 422 – 7782
                                                    Facsimile: (813) 422 – 7783
                                                    ben@theKRfirm.com
                                                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808