UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO.: 9:24-cv-80144-DMM

NADIA MOFFETT,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND ONEMAIN FINANCIAL,

    Defendants.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, ONEMAIN FINANCIAL ("OneMain"), makes the following disclosure(s).

1. **If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:**

   OneMain Financial Group, LLC is a subsidiary of OneMain Financial Holdings, LLC. OneMain Financial Holdings, LLC is a subsidiary of Independence Holdings, LLC. Independence Holdings, LLC is a subsidiary of Springleaf Finance Corporation. Springleaf Finance Corporation is a subsidiary of Springleaf Finance, Inc. Springleaf Finance, Inc. is a subsidiary of OneMain Holdings, Inc. (DE). OneMain Holdings, Inc. is a publicly traded company, which trades on the NYSE under "OMF."

   No publicly traded company owns 10% or more of OneMain Holdings, Inc.'s stock.

2. **If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many

53671145 v1

Not applicable.

3. **Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

  - OneMain Financial ("OneMain"), Defendant
  - Sara L. Solano, Esq. and David Elliott, Esq., counsels for OneMain
  - Burr & Forman LLP, law firm for OneMain
  - Nadia Moffett, Plaintiff
  - Octavio "Tav" Gomez, Esq. and Benjamin W. Raslavich, Esq. counsels for Plaintiff
  - The Consumer Lawyers PLLC and Kuhn Raslavich, P.A., law firms for Plaintiff
  - TransUnion LLC ("TransUnion"), Defendant
  - Ritika Singh, Esq., counsel for TransUnion
  - Quilling, Selander, Lownds, Winslett & Moser, P.C., law firm for TransUnion
  - Experian Information Solutions, Inc. ("Experian"), Defendant
  - Maria H. Ruiz, Esq., counsel for Experian
  - Kasowitz Benson Torress LLP, law firm for Experian

4. **Identify each entity with publicly traded shares or debt potentially affected by the outcome:**

   None known at this time.

5. **Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

   None known at this time.

6. **Identify each person arguably eligible for restitution:**

   None known at this time.

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED: March 7, 2024.

Respectfully submitted,

*/s/ Sara Solano*
Sara Solano, Esq. (FL Bar No. 117966)

---

layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

>BURR & FORMAN LLP
>350 East Las Olas Blvd., Suite 1440
>Ft. Lauderdale, FL 33301
>Telephone: (954) 414-6200
>Facsimile: (954) 414-6201
>Email: ssolano@burr.com
>Email: rzamora@burr.com
>Email: flservice@burr.com
>
>*Counsel for Defendant*
>ONEMAIN FINANCIAL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all parties of record.

>*/s/ Sara L. Solano*
>Sara L. Solano, Esq. (FL Bar No. 117966)
>BURR & FORMAN LLP